Order issued September 25, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00992-CR

**RICHARD ADAM WELCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The State's motion to extend the time for filing its brief is **GRANTED**. The brief

received by the Court on September 23, 2012 will be considered filed as of that date.

JOSEPH B. MORRIS
JUSTICE PRESIDING